UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Apr 27  9 53 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SEAN DAUBER

v.     Case No: 3:03CV199 (PCD)

STATE OF CONNECTICUT, et al.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Arthur G. Aaron**, Esquire of 1177 Silas Dean Highway, Wethersfield, Connecticut 06109, Tel: (860) 529-6830 is appointed as *pro bono* counsel for the plaintiff, Sean Dauber, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel. If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

Dated at Bridgeport, Connecticut this 26th day of April, 2004.

Peter C. Dorsey
United States District Judge