UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

JUN 9 10 46 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

SEAN DAUBER

v.                                  Case No: 3:03CV199 (PCD)

STATE OF CONNECTICUT, ET AL.

### ORDER VACATING APPOINTMENT OF COUNSEL

The Order appointing Arthur G. Aaron, Esquire of 1177 Silas Dean Highway, Wethersfield, Connecticut 06109 as pro bono counsel in this matter is hereby **vacated**.

SO ORDERED.

Dated at New Haven, Connecticut this 8th day of June, 2004.

Peter C. Dorsey
United States District Judge