UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 9 10 46 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SEAN DAUBER

    v.                                                   Case No: 3:03CV199 (PCD)

STATE OF CONNECTICUT, ET AL.

### APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Martin J. Acevedo**, Esquire of Mayo, Gilligan & Zito, 100 Great Meadow Road, Wethersfield, Connecticut 06109, Tel: (860) 721-7725 is appointed as *pro bono* counsel for the plaintiff, Sean Dauber, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel. If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

SO ORDERED.

Dated at New Haven, Connecticut this 8th day of June, 2004.

                                                                                Peter C. Dorsey
                                                                                United States District Judge