UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Sean Dauber | : CIVIL ACTION NO.<br>: 3:03CV199 (PCD)<br>:<br>Plaintiff :<br>:<br>VS. :<br>:<br>State of Connecticut; :<br>Shirley Jackson : August 19, 2004<br>Defendants :<br>: |

## APPEARANCE

Please enter my appearance as counsel for the Plaintiff, Sean Dauber, in the above-entitled action.

Dated at Wethersfield, Connecticut, this 18th day of August, 2004.

THE PLAINTIFF,
SEAN DAUBER

By_____
J. Martin Acevedo
Mayo, Gilligan & Zito, LLP
100 Great Meadow Road
Wethersfield, CT 06109
(860) 721-7725
Federal Bar No. Ct18297

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of August, 2004, to all counsel and pro se parties of record as follows:

<u>Counsel for the Defendants</u>
AAG Ralph E. Urban
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120

_____
J. Martin Acevedo