UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sean Dauber | CIVIL ACTION NO.<br>3:03CV199 (PCD) |
| Plaintiff | |
| VS. | |
| State of Connecticut;<br>Shirley Jackson<br>Defendants | August 19, 2004 |

## CONSENTED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), the Plaintiff, Sean Dauber, through his attorneys, J. Martin Acevedo of the law firm of Mayo, Gilligan & Zito, LLP, hereby moves for an extension of time of 90 days to respond to the Defendant's Motion to Dismiss. In support of this motion, the Plaintiff represents the following:

1.  The undersigned counsel and his Firm have been ordered to represent the Plaintiff, Sean Dauber, in connection with this civil rights action, on a *pro bono* basis.

2.  This appointment comes at a juncture in time wherein the undersigned counsel is,

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

-1-

*inter alia*, (a) burdened with a significant caseload; and (b) in the process of preparing for a large arbitration proceeding, and briefing a complex appeal pending in state court.

3.     Undersigned counsel just recently obtained a copy of the file in this matter. Although the undersigned counsel previously had caused a messenger to retrieve a copy of the file from the court, said messenger was advised by court personnel that the file had been sealed and transferred to another location. While in the end, Ms. Lori Inferrara graciously mailed a copy of the file to the undersigned, the file was not received until August 17, 2004.

4.     Undersigned counsel has been unable to reach the Plaintiff, Mr. Dauber, let alone had an opportunity to conduct a meaningful interview of the Plaintiff, and/or investigate the facts supporting his claims.

5.     At this time of the year, staff and attorney support to the undersigned counsel is very limited due to merging vacation schedules.

6.     The requested 90-day extension of time is, under the circumstances, necessary to (a) study the file; (b) interview Mr. Dauber; (c) review any documentation or other materials in possession of Mr. Dauber that may be relevant to the defense of the Defendants' dismissal claims; (d) research the law; and (e) prepare a response to the Motion to Dismiss.

7.     The undersigned counsel for the Plaintiff, Sean Dauber, has consulted with

Assistant Attorney General Ralph E. Urban, counsel for the defendants State of Connecticut and Shirley Jackson, who has indicated that he has <u>no</u> objection to this motion.

    8.    This is the first motion for extension of time filed by the Plaintiff, Sean Dauber, with respect to the time within which to file a response to the Motion to Dismiss.

WHEREFORE, the Plaintiff, Sean Dauber, respectfully requests that it be granted an extension of time of 90 days to respond to the Defendants' Motion to Dismiss.

                        THE PLAINTIFF
                        SEAN DAUBER

                        By_____
                        J. Martin Acevedo
                        Mayo, Gilligan & Zito, LLP
                        Putnam Park
                        100 Great Meadow Road
                        Wethersfield, CT 06109
                        (860) 721-7725
                        Federal Bar No. Ct18297
                        Email: macevedo@mayogilligan.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of August, 2004, to all counsel and pro se parties of record as follows:

Counsel for the Defendants
AAG Ralph E. Urban
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120

_____
J. Martin Acevedo