UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Sean Dauber : | CIVIL ACTION NO. |
| : | 3:03CV199 (PCD) |
| Plaintiff : |  |
| : |  |
| VS. : |  |
| : |  |
| State of Connecticut; : |  |
| Shirley Jackson : | November 8, 2004 |
| Defendants : |  |

**CONSENTED MOTION FOR ENLARGEMENT OF TIME**

    Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), the Plaintiff, Sean Dauber, through his attorney, J. Martin Acevedo of the law firm of Mayo, Gilligan & Zito, LLP, hereby moves for a final extension of time of 30 days to respond to the Defendants' Motion to Dismiss. In support of this motion, the Plaintiff represents that the parties are in the process of engaging in settlement negotiations and exploring all available options to devise a resolution of this matter.

    The undersigned counsel for the Plaintiff, Sean Dauber, has consulted with Assistant Attorney General Ralph E. Urban, counsel for the defendants State of Connecticut and Shirley

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

Jackson, who has indicated that he has no objection to this motion.

This is the second motion for extension of time filed by the Plaintiff, Sean Dauber, with respect to the time within which to file a response to the Motion to Dismiss.

WHEREFORE, the Plaintiff, Sean Dauber, respectfully requests that it be granted an extension of time of 30 days to respond to the Defendants' Motion to Dismiss.

>THE PLAINTIFF
>SEAN DAUBER
>
>
>By_____
>J. Martin Acevedo
>Mayo, Gilligan & Zito, LLP
>Putnam Park
>100 Great Meadow Road
>Wethersfield, CT 06109
>(860) 721-7725
>Federal Bar No. Ct18297

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of November, 2004, to all counsel and pro se parties of record as follows:

<u>Counsel for the Defendants</u>
AAG Ralph E. Urban
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120

_____
J. Martin Acevedo