UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sean Dauber, | : CIVIL ACTION NO.<br>: 3:03CV199 (PCD) |
| Plaintiff | : |
| VS. | : |
| State of Connecticut,<br>Shirley Jackson | : December 2, 2004 |
| Defendants | : |

**MOTION TO HOLD DEFENDANTS' MOTION TO DISMISS IN SUSPENSE PENDING ADJUDICATION OF MOTION TO WITHDRAW**

The undersigned counsel for the Plaintiff respectfully moves that the Court suspend the taking of any action with respect to the Motion to Dismiss dated August 19, 2003 until a reasonable time (to be determined by this Court) following the adjudication of the undersigned's Motion to Withdraw as Counsel, which motion is being filed concurrently herewith.

Counsel for the Defendants does not object to the granting of this motion.

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED

WHEREFORE, it is respectfully requested that this motion be granted.

THE MOVANT


_____
J. Martin Acevedo
Mayo, Gilligan & Zito, LLP
Putnam Park
100 Great Meadow Road
Wethersfield, CT 06109
(860) 721-7725
Federal Bar No. Ct18297

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of December, 2004, as follows:

Mr. Sean Dauber  
6 Gay Ridge Road, Apt. # 109  
Waterbury, CT 06705

Ralph E. Urban, AAG  
55 Elm Street  
P.O. Box 120  
Hartford, CT 06141                                    _____  
                                                                                 J. Martin Acevedo