UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Sean DAUBER,
    Plaintiff,

-vs-

STATE OF CONNECTICUT and
SHIRLEY JACKSON,
    Defendants.

Civ. No. 3:03cv199 (PCD)

FILED

2004 DEC 10  A 10: 52

U.S. DISTRICT COURT
NEW HAVEN, CT

## ORDER TO SHOW CAUSE

In light of Attorney J. Martin Acevedo's Motion to Withdraw Appearance [Doc. No. 27], Plaintiff Sean Dauber is hereby ordered to:

Or, on or before December 20, 2004, show cause why Attorney Acevedo's Motion should not be granted; or

File a pro se appearance or appearance of a replacement attorney on or before December 20, 2004.

Attorney J. Martin Acevedo shall serve a copy of this Order with a copy of his Motion to Withdraw [Doc. No. 27] on Plaintiff, filing a return of service with the Court on or before December 16, 2003.

Additionally, Plaintiff's Motion to Stay the Motion to Dismiss [Doc. No. 26] is **granted** and resolution of the Motion to Dismiss [Doc. No. 11] is stayed until January 3, 2005. On or before January 3, 2005, Plaintiff, whether represented by counsel or pro se, must file an opposition brief to the Motion to Dismiss or risk a Court decision without the benefit of Plaintiff's opposition.

SO ORDERED.

                        Dated at New Haven, Connecticut, December 9, 2004.

                                            Peter C. Dorsey, U.S. District Judge
                                            United States District Court