UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sean Dauber | CIVIL ACTION NO. |
| | 3:03CV199 (PCD) |
| Plaintiff | |
| VS. | |
| State of Connecticut; | |
| Shirley Jackson | December 15, 2004 |
| Defendants | |

## RETURN OF SERVICE RE: ORDER TO SHOW CAUSE

Pursuant to the order of this Court, the undersigned counsel hereby gives notice that he has caused a copy of the Court's December 10, 2004 Order to Show Cause, together with a copy of the undersigned's Motion to Withdraw as counsel [Doc. No. 27], to be served on the Plaintiff. The original State Marshal's Return of Service dated December 14, 2004 is appended hereto.

THE MOVANT,

J. Martin Acevedo
Mayo, Gilligan & Zito, LLP
Putnam Park
100 Great Meadow Road
Wethersfield, CT 06109
(860) 721-7725
Federal Bar No. Ct18297

## CERTIFICATION

I hereby certify that a copy of the foregoing Return of Service was mailed, postage prepaid, this 15th day of December, 2004, as follows:

Mr. Sean Dauber
6 Gay Ridge Road, Apt. # 109
Waterbury, CT 06705

<u>Counsel for the Defendants</u>
AAG Ralph E. Urban
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
J. Martin Acevedo

State of Connecticut

    City of: **Waterbury**

County of New Haven           December 14, 2004

    Then and there by virtue hereof and at the special direction of the Plaintiff's Attorney, I made due and legal service upon the within named Defendant: **Sean Dauber** by leaving at his usual place of abode at **6 Gay Ridge Road, Apt 109, Waterbury, Connecticut** a true and attested copy of the within, Verified Motion To Withdraw As Counsel, Order To Show Cause & Exhibits, with my endorsement thereon.

    The within and foregoing is the original Verified Motion To Withdraw As Counsel, Order To Show Cause & Exhibits, with my endorsement hereon.

| | | |
|---|---|---|
| Services: | $ | 30.00 |
| Copies; | | 9.00 |
| Travel: | | 3.75 |
| Endorsement: | | 1.20 |
| Total: | $ | 43.95 |

Attest: _____
Brian Hobart
State Marshal