UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 25 P 3: 34

U.S. DISTRICT COURT
NEW HAVEN, CT

SEAN DAUBER

v.

STATE OF CONNECTICUT AND
SHIRLEY JACKSON

Civil No. 3:03 CV 199 (PCD)

## JUDGMENT

This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge, on defendants' motion to dismiss. The Court has reviewed all of the papers filed in conjunction with the motion and on February 24, 2005, issued a ruling granting the relief.

It is therefore ORDERED and ADJUDGED that the complaint is dismissed and the case is closed.

Dated at New Haven, Connecticut, this 25th day of February, 2005.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: _____