Your honor,

When I met with Attorney Acevedo on October 15, I was instructed to show him all records, evidence and documents I had pertaining to the case. Attorney Acevedo was assigned to this case Pro Bono. Upon meeting Attorney Acevedo I felt he was not interested with this case. While he belittled and demeaned my case this case which has been important to me for years to finalize this education.

When inquired towards the end of this meeting what I was seeking, I stated that I just wanted to be allowed to take the classes I needed to graduate and that I didn't care about any monetary judgment. Attorney Acevedo concluded that he would make some phone calls and to make this happen.

I have never talked to this man to this day. He has failed to return one call to this date. The phone number assigned to me does not even have his name listed as a selection on the answering machine(8607217725) I have left numerous messages, never having a return call. I feel under these circumstances a Motion to Reopen is in order here.

I plead this court to let this case be reinstated.

Thank You for your time.

Sean Dauber