# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 OCT 19 P 3: 03

U.S. [DISTRICT COURT]

**APPEARANCE**

CASE NUMBER: 3:03-CV-199 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: pro se

---

**Date:** 10/19/05

**Signature:** X _[signed]_

**Print Clearly or Type Name:** Sean Dauber

**Connecticut Federal Bar Number:** _[blank]_

**Telephone Number:** 203 982 5757

**Address:** 1110 West Main ST 1st Flr
Waterbury, CT 06708

**Fax Number:** —

**E-mail address:** —

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

J. Morton Accardo
613 New Britain Ave
Farmington, CT 06032

Ralph E Urban
Attorney Generals Office
55 Elm ST
Hartford, CT 06106

**Signature:** X _[signed]_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24