UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 19 P 3:03
U.S. ... RT

Sean Dauber
Name of Plaintiff/Petitioner

v.                                        Case No. 3:03-CV-199 (PCD)

Shirley Jackson
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Sean Patrick Dauber

   Your present mailing address: 1110 West Main St. 1st Flr
   Waterbury, CT 06708

   Telephone number: (203) 982-5757

2. Are you presently employed? YES ___ NO X

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   _____

   _____

   _____

   Weekly earnings: _____

Rev. 2/3/05                                              Page 1

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _Automotive Md_ _basis on sales_

Date last worked: _Aug 9, 05_

Weekly earnings: _Sales based_

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? _3000_

   b) interest, dividends, rents or investments of any kind? _—_

   c) gifts or inheritances of any kind? _—_

6. How much money do you have in any checking or savings account(s)?

   Checking: _~120.00_

   Savings: _—_

   Prison account: ____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES _X_ NO ___

   If YES, describe the property and state the approximate value: _automobile Toyota Camry_

8. How much money do you owe others? _$20,000_

Rev. 2/3/05

Page 2

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| Mike Fistn | 18,135.00 |
| Shannon Jones | 685.00 |
|  |  |
|  |  |
|  |  |

9. List the persons who depend upon you for support, and state your relationship to them. **IF ANY PERSON IS A MINOR CHILD, IDENTIFY THAT PERSON BY INITIALS ONLY.**

   Kaslana Dunbar

   Sean Patrick Dunbar

   James Dayne Dunbar

   _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO ✗ .

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I was already appointed an attorney by the court. I had retained an attorney and all funds were consumed. Then the court appointed Attorney misrepresented me.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _I was suspended from an educational program for an unsubstantial reason GPA 3.0_

(Additional space on next page)

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _X_ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name _Dianne Polan_

   Date you contacted this attorney _1999 December_

   Method of contact (in person, by telephone, etc.) _in person and by telephone_

   Reason why attorney was not employed to handle your case _Case overload_

b) Attorney's name _Kurt Westball_

   Date you contacted this attorney _2000 Feb_

Rev. 2/3/05                                                                 Page 4

Method of contact (in person, by telephone, etc.) _in person and by phone_

Reason why attorney was not employed to handle your case _____

c) Attorney's name _Dave Pinciaro_

Date you contacted this attorney _Feb 2000_

Method of contact (in person, by telephone, etc.) _in person_

Reason why attorney was not employed to handle your case _personal conflict_

15. Explain any other efforts you have made to obtain an attorney to handle your case.

_I paid Kurt Westhall a 2000 retainer to handle this which was consumed_

16. Please provide any other information which supports your application for the court to appoint counsel. _My last counsel did not represent me accordingly_

17. Do you need a lawyer who speaks a language other than English?
    YES \_\_\_\_ NO X

    If you answered YES, what language do you speak? _____

    I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

    I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

    I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

    I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

    I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

10/19/05
Date

Original Signature of Movant

Sean Dowler
1110 West Main St 1st Fl
Whitebury, CT 06708

Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Martin Acevedo                                   Ralph E. Urban
613 New Britain Ave.                         Attorney General's Office
Farmington, CT 06032                       55 Elm St.
                                                          Hartford, CT 06106

*[signature]*
Original Signature of Movant