# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*Proposed Amended* **FILED**

**COMPLAINT FORM**

2005 OCT 19 P 3: 0⁻

U.S. ~~~~~~ ~~~~ URT

Sean Dunbar
_____

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. 3:03 cv 199 (PCD)
(To be supplied by the Court)

State of Connecticut,
Shirley Jackson
_____
_____
_____
_____

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. Sean Dunbar is a citizen of CT who
   (Plaintiff)                    (State)
   presently resides at 1110 West Main St Waterbury CT 06708.
                        (mailing address or place of confinement)
   If plaintiff is incarcerated, provide inmate number: _____.

2. Defendant Shirley Jackson is a citizen of CT
   (name of first defendant)              (State)
   whose address is SCSU c/o Ralph E Urban 55 Elm St Hartford, CT 06106

3. Defendant _____ is a citizen of _____
   (name of second defendant)                                (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

4. The jurisdiction of this court is invoked pursuant to: (list statute(s))

   _Federal Question_

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Plaintiff brings the present action alleging deprivation of rights secured by the constitution and laws of the United States, in violation of the civil Rights Act of 1871, 42. U.S.C. § 1983 (West 1996) I have take seven courses at S.C.S.U and have 3.166 GPA but was expelled from the program. I was given an attorney that could never be found and an attorney that didn't want to represent me and now I am alone once again and I just want access back into the program.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Deprivation of Rights secured by the Constitution and laws of the United States, in violation of rights secured in the Civil Rights Act of 1871, 42. U.S.C.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Shirley Jackson gave me a grade of C for work that was "B" caliber all the way.

**Claim II:** _____

Supporting Facts:

3

**E. REQUEST FOR RELIEF**

5.  WHEREFORE, plaintiff demands: (state the relief you seek)

All I need is to finish my 3 remaining classes for my Master's Degree. I have a 3.01 with the C given to me by Shirley Jackson. You need to maintain a 3.0 to stay in the program. This has been done.

4

## F. JURY DEMAND

6.  Do you wish to have a jury trial? Yes _X_  No _____

_____  
Original signature of attorney (if any)

_____  
Printed Name

_____

_____

( ) _____  
Attorney's full address and telephone

_____  
Email address if available

*[signature]*  
**Plaintiff's Original Signature**

*Sean Danko*  
Printed Name

1110 West Main St.  
Waterbury, CT 06708  
(203) 982-5757  
Plaintiff's full address and telephone

_____  
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                       (date)

*[signature]*  
**Plaintiff's Original Signature**

I hereby certify that the foregoing papers were mailed to  
Martin Acevedo              Ralph E Urban  
613 New Britain Ave         Attorney Generals office  
Farmington, CT 06032        55 Elm St  
                            Hartford, CT 06106

(Rev.8/25/04)

*[signature]*

5