UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN DAUBER,<br>        Plaintiff, | :<br>:<br>: |
| v. | :   Case No: 3:03cv199 (PCD)<br>: |
| STATE OF CONNECTICUT and<br>SHIRLEY JACKSON,<br>        Defendants | :<br>:<br>: |

### ORDER

On June 24, 2005, Plaintiff moved, pursuant to FED. R. CIV. P. 60, for relief from this Court's February 24, 2005 judgment [Doc. No. 31] granting Defendants' Motion to Dismiss [Doc. No. 11]. Plaintiff's motion [Doc. No. 33] was denied without prejudice, with the Court affording Plaintiff an opportunity to renew his motion by appearing pro se or obtaining counsel who appears on his behalf and submitting a proposed amended complaint setting forth a viable cause of action and remedying the deficiencies noted in this Court's Ruling on Defendants' Motion to Dismiss.

Plaintiff timely filed, on October 19, 2005, a proposed Amended Complaint and a Motion to Appoint Counsel. Although the proposed Amended Complaint did not remedy the deficiencies noted in the earlier Ruling and did not set forth a viable cause of action, the Court is requiring supplemental briefing on the issue of whether Plaintiff can seek equitable relief against the State of Connecticut on a breach of contract theory. Accordingly, Plaintiff's Motion to Appoint Counsel [Doc. No. 37] is **granted**. Plaintiff must, within thirty days of counsel being appointed, submit a proposed amended complaint setting forth the breach of contract theory

discussed. If Plaintiff fails to submit a proposed amended complaint within thirty days of counsel being appointed, the action will be dismissed. Defendant will have ten days to file an opposition thereto, failing which the Court will accept the Amended Complaint and will reopen the case.

    SO ORDERED.

Dated at New Haven, Connecticut, March  31 , 2006.

                                                  /s/
                                Peter C. Dorsey, U.S. District Judge
                                        United States District Court