Docket No. 3:o3cv199 (PCD)          District Court
SEAN DAUBER,
Plaintiff          UNITED STATES DISTRICT COURT

v.
STATE OF CONNECTICUT
SHIRLEY JACKSON,
Defendants          8-16-06

## Motion for reconsideration to reopen

Plaintiff moves that in the last rulings found by the court, that the Plaintiff had never received orders or notification of the appointed attorney that was given by the court. All corresponding mail was returned to the court. Plaintiff requests for motion to reopen on grounds of mail never reaching intended party. Please allow Plaintiff to be heard in this case and seek reliable counsel.

THE PLAINTIFF

By_____
SEAN DAUBER, Pro se
16 Greenbow Street
Waterbury, CT 06708
(203) 982-5517

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

## **ORDER**

The foregoing motion having been heard by the Court, it is hereby ordered: GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## PROOF OF SERVICE

      I hereby certify that a copy of the above was mailed or electronically delivered on (8-16-06) to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served.

_____
(SEAN DAUBER), Pro Se

STATE OF CONNECTICUT